## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rules 26.1-1 through 26.1-3, Petitioner certifies that the following persons and entities have or may have an interest in the outcome of this petition:

Blanche, Todd — Attorney General of the United States (service recipient under the District Court's Order of September 21, 2026)

Cao, Hung — Acting Secretary of the Navy, Defendant in the underlying action (sued in his official capacity)

Fitzpatrick, Hon. Martin A. — United States Magistrate Judge, Northern District of Florida

Harper, Osei A. — Petitioner, Plaintiff in the underlying action

United States Attorney for the Northern District of Florida (service recipient under the District Court's Order of September 21, 2026)

United States Department of the Navy — Defendant in the underlying action

United States Marshals Service, Northern District of Florida — officer of the District Court directed to effect service

Winsor, Hon. Allen C. — Chief United States District Judge, Northern District of Florida

Petitioner is an individual. No publicly traded corporation has an interest in the outcome.